JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

AHMED DAWOOD AHMED EL SAYED, ) Case No. SACV 19-1210-JPR
                              )
                Plaintiff,    )    **J U D G M E N T**
                              )
        v.                    )
                              )
ANDREW M. SAUL, Commissioner  )
of Social Security,           )
                              )
                Defendant.    )
_____)

    For the reasons set forth in the accompanying Memorandum
Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's
request for an order reversing or remanding the case for further
proceedings is DENIED; (2) the Commissioner's request for an
order affirming his final decision is GRANTED; and (3) judgment
is entered in the Commissioner's favor.

DATED: May 29, 2020         _____
                                    JEAN ROSENBLUTH
                                    U.S. Magistrate Judge

32